UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Kalani , <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>Statewide Petroleum, Inc., <br><br>　　　　　Defendant. | Case No.  2:13-cv-2287 KJM AC <br><br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed on June 9, 2014.


Date: June 23, 2014                                           MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/  J. Donati
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk